IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHNNY WILLIAMS, DIREJOHN
WILLIAMS, SERENITY WILLIAMS AND
SHEMELIA BURNS     PLAINTIFFS

VS.     CIVIL ACTION NO. 4:20-cv-178-JMV

TOIMESHIA BURNETT
and JOHN DOES 1-10     DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the motion *ore tenus* of the parties to dismiss Plaintiff's Complaint with prejudice as to Serenity Williams and Shemelia Burns, and this Court, having considered the same and being fully advised in the premises, and it noting the agreement of the parties, is of the opinion that said motion is well taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice as to Serenity Williams and Shemelia Burns only with each party to bear their respective costs and attorney fees. This order does not affect the claims of Johnny Williams and Direjohn Williams which will proceed forward at this time.

SO ORDERED AND ADJUDGED, this the 7th day of April, 2021.

BY: /s/ Jane M. Virden
U.S. MAGISTRATE JUDGE

AGREED AND APPROVED:

/s/ Philip W. Gaines     /s/ Christy V. Malatesta
PHILIP W. GAINES, ESQ.     CHRISTY V. MALATESTA, ESQ.
MS BAR NO. 4368     MS BAR NO. 103270
*Attorney for Plaintiffs*     *Attorney for Defendant*

{D1587002.1}