IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHNNY WILLIAMS                                                            PLAINTIFF

VS.                                                CIVIL ACTION NO. 4:20cv178-JMV

TOIMESHIA BURNETT                                     DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THERE CAME ON FOR HEARING the motion *ore tenus* of plaintiff Johnny Williams and defendant Toimeshia Burnett, to dismiss this cause with prejudice, and this Court, having considered the same and noting that this cause has been compromised and settled between and among the parties, is of the opinion that the motion is well-taken and the same is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED this the 22nd day of February, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/Philip Gaines
*Counsel for Plaintiff*

/s/ M. James Weems
*Counsel for Defendant*

{D1870713.1}                                          1